IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNETH TAYLOR**<br>*Plaintiff*, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:25-cv-00811 |
| **STATE OF TEXAS,** *et al.*<br>*Defendants.* | §<br>§<br>§<br>§ | |

**THE OFFICE OF THE ATTORNEY GENERAL'S AMICUS CURIAE ADVISORY**

The Office of the Attorney General has received the Court's Order for Status Report. ECF No. 45. In the Court's Order, the OAG was instructed to: (1) inform the Court which, if any, of the defendants have consented to be represented by the Attorney General and, for each defendant, the date on which consent was obtained; (2) inform the Court which, if any, of the defendants have declined to be represented by the Attorney General; and (3) inform the Court of any ongoing efforts to obtain consent from any defendant who has not expressly consented to or declined representation by the Attorney General. *See id.*

The undersigned has received authorization to represent the following active employees: Samuel Adesoba; Lauretta Owukwe; Sangmin Kim; Marcus Spivey; Richard Babcock; Devell R Jones; M Williams; and James Ekpo. The OAG has been informed that the following individuals are no longer active employees: Kesha Kizzee and Tracy Winkler. Therefore, because these individuals are no longer employed by the State of Texas, they will need to be served via U.S. Marshal. The OAG can provide, under seal, the last known addresses of these two individuals. Additionally, an individual by the name of "Kerry Kemplin" does not exist in TDCJ records. The OAG is unable to disclose any information regarding the contents or discussions regarding the representation of any Defendant, as

1

that material is subject to attorney-client privilege. The OAG intends to have a responsive pleading on file in no more than 14 days.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**BRIANA M. WEBB**
Division Chief
Law Enforcement Defense Division

*/s/ Emily Barnes*
**EMILY BARNES**
Assistant Attorney General
Texas State Bar No. 24128875
Southern District Bar No. 3921742
Emily.barnes@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 / (512) 370-9893 (Fax)

**AS *AMICUS CURIAE***

## CERTIFICATE OF SERVICE

I, **EMILY BARNES**, Assistant Attorney General of Texas, certify that the foregoing **Office of the Attorney General's Amicus Curiae Advisory** has been served by placing same in the United States mail, postage prepaid, within one business day of February 27, 2026, addressed to:

Kenneth Taylor                    **CMRRR: 70212720000204441510**
TDCJ No. 828757
Jester III Unit
3 Jester Road
Richmond, Texas 77406-8544

**PLAINTIFF *PRO SE***

> */s/ Emily Barnes*
> **EMILY BARNES**
> Assistant Attorney General